# UNITED STATES DISTRICT COURT

## DISTRICT OF KANSAS

| | |
|---|---|
| WENDELKEN FARMS LC, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>KOCH FERTILIZER, LLC; KOCH AGRONOMIC SERVICES, LLC; NUTRIEN LTD.; NUTRIEN AG SOLUTIONS, INC., THE MOSAIC COMPANY; CANPOTEX LTD.; CF INDUSTRIES HOLDINGS, INC.; CF INDUSTRIES INC.; CF INDUSTRIES NITROGEN, LLC; YARA INTERNATIONAL ASA; and YARA NORTH AMERICA, INC., )<br><br>Defendants. ) | Civil Action No. _____<br><br>CLASS ACTION COMPLAINT<br><br><br><br>JURY TRIAL DEMANDED |

Plaintiff, Wendelken Farms LC ("Plaintiff"), on behalf of itself and all other similarly situated indirect purchasers of NPK Fertilizers (defined below), upon personal knowledge as to the facts pertaining to it and upon information and belief as to all other matters, and based on the investigation of counsel, brings this class action complaint against the above-captioned defendants Koch Fertilizer, LLC and Koch Agronomic Services, LLC (together, "Koch"), Nutrien Ltd. and Nutrien Ag Solutions, Inc. (together, "Nutrien"); Canpotex Ltd. ("Canpotex"); The Mosaic Company ("Mosaic"); CF Industries Holdings, Inc., CF Industries Inc., and CF Industries Nitrogen, LLC (together, "CF Industries"); and Yara International ASA and Yara North America, Inc. (together, "Yara") (collectively referred to as the "Defendants") for violations arising from the federal and state antitrust laws.

## I.     INTRODUCTION

1.      This action arises from Defendants' conspiracy to fix, raise, maintain, or artificially preserve prices for nitrogen fertilizers ("Nitrogen Fertilizers") (the producers of which are Yara, Nutrien, CF Industries, and Koch, together the "Nitrogen Defendants"), phosphorus fertilizers ("Phosphorus Fertilizers") (the producers of which are Mosaic and Nutrien, together the "Phosphorus Defendants"), and the potassium ("potash") fertilizers (the producers of which are Mosaic, Nutrien, and Canpotex, together the "Potash Defendants") (all fertilizers collectively the "NPK Fertilizers") from at least January 1, 2021 through the time that Defendants' misconduct and its anticompetitive effects cease (the "Class Period").

2.      Defendants – Mosaic, Yara, Nutrien, Canpotex, CF Industries, and Koch – are direct competitors and are among the largest manufacturers and sellers of NPK Fertilizers in the United States.

3.      The victims of this conspiracy include indirect purchasers of NPK Fertilizers from Defendants. Individual farmers and growers, agricultural cooperatives, retailers, fertilizer mixers,

members of farming associations, and farm and planting partnerships or companies are among those who have been harmed by Defendants.

4. To carry out their price-fixing conspiracy, Defendants began conspiring to artificially inflate the price of NPK Fertilizers around as early as January 1, 2021, although the exact date is currently unknown to Plaintiff.

5. Plaintiff brings this action on behalf of all indirect purchasers of NPK Fertilizers in the United States to seek remedies for injuries inflicted by Defendants' conspiracy and misconduct. The claims against Defendants are for violations of Section 1 of the Sherman Antitrust Act of 1890 ("Sherman Act"), 15 U.S.C. §1, along with breaches of state antitrust laws. Along with damages, Plaintiff seeks injunctive relief, disgorgement of unlawfully obtained profits, and full reimbursement of the costs incurred in pursuing this action, including reasonable attorneys' fees. As a direct result of Defendants' conspiracy to fix, raise, maintain, or manipulate prices and the supply of NPK Fertilizers, Plaintiff and similarly situated Class members have suffered significant harm.

## II.    JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§1331 and 1337(a), Sections 4 and 16 of the Clayton Antitrust Act of 1914 ("Clayton Act"), 15 U.S.C. §§15(a) and 26, as well as Section 1 of the Sherman Antitrust Act ("Sherman Act"), 15 U.S.C. §1.

7. This Court has supplemental subject matter jurisdiction over the related state antitrust law claims under 28 U.S.C. §1367, as all claims arise from the same facts and circumstances and form part of the same case or controversy.

8. This Court also has jurisdiction under the Class Action Fairness Act of 2005, 28 U.S.C. §1332(d) as: (a) the Class has more than 100 members; (b) the citizenship of at least one

proposed Class member is different from that of any Defendant; and (c) the matter in controversy, after aggregating the claims of the proposed Class members, exceeds $5,000,000.00 exclusive of interest and costs.

9. This Court has personal jurisdiction over each Defendant for the following reasons: (a) each Defendant conducted business throughout the United States, including in this District; (b) each participated in the sale and distribution of NPK Fertilizers across the United States, including in this District; (c) each maintained substantial and continuous contacts within the United States, including in this District; and (d) each was involved in an unlawful conspiracy and price-fixing scheme aimed at causing harm to individuals residing in, located in, or doing business throughout the United States, including in this District.

10. Venue is proper in this District pursuant to 15 U.S.C. §§15, 22 and 26 and 28 U.S.C. §1391(b) and (c) as, during the Class Period, one or more Defendants transacts business or has registered agents in this District. Venue is also proper in this District as Defendants' conduct, as alleged herein, caused harm to Class members in this District. Additionally, the Koch Defendants are headquartered in this District.

11. Defendants' conduct as alleged herein significantly impacts interstate commerce and trade by undermining competition, inflating prices or maintaining them artificially high, restricting output, and harming Class members throughout the United States.

## III.    PARTIES

### A.    Plaintiff

12. Plaintiff Wendelken Farms LC is a Kansas Limited Liability Company with an address at 1309 8th Road, Clay Center, Kansas 67432. Each member of Wendelken Farms LC is a citizen of the State of Kansas. Plaintiff purchased one or more NPK Fertilizers indirectly from one or more Defendants during the Class Period for its end use. Plaintiff suffered damages because

it paid, and continues to pay, inflated prices for NPK Fertilizers as a direct result of the antitrust violations committed by Defendants, as outlined in this complaint.

13.     Within the Class Period, each Class member purchased NPK Fertilizes in the state in which they reside or conduct business and suffered an economic injury due to Defendants' unlawful conduct as described in this complaint. Plaintiff intends to purchase NPK Fertilizer in the future.

### B.     Defendants

#### 1.     Koch

14.     Koch Fertilizer, LLC ("Koch Fertilizer") is a wholly owned subsidiary of Koch Ag & Energy Solutions, LLC, which is also a wholly owned subsidiary of Koch Industries.[1] Koch Fertilizer headquarters are located at 4111 East 37th Street North, Wichita, Kansas 67220.[2]

15.     Koch Fertilizer and its affiliates are major global producers and marketers of fertilizers, including ammonia, urea, urea-ammonium nitrate ("UAN"), phosphate, potash, and sulfur-based products,[3] producing over 12 million metric tons of fertilizer annually.[4]

16.     Koch Agronomic Services, LLC ("KAS") is a subsidiary of Koch Ag & Energy Solutions, LLC and Koch Industries. KAS is a leading manufacturer of nitrogen-based NPK

---

[1]     EHSCareers, Koch AG & Energy Solutions, LLC, https://ehscareers.com/company/koch-ag-_and_-energy-solutions%2C-llc-738361 (last visited Mar. 22, 2026).

[2]     Koch Fertilizer, LLC, *Customer Service; United States,* https://kochfertilizer.com/customer-service (last visited Mar. 22, 2026).

[3]     Bloomberg, Koch Fertilizer, LLC, https://www.bloomberg.com/profile/company/8133000Z:US?embedded-checkout=true (last visited Mar. 22, 2026).

[4]     Koch Fertilizer, *A Global Force Rooted with Hometown Values*, https://kochfertilizer.com/about (last visited Mar. 22, 2026).

Fertilizers in the United States and is headquartered at 4111 East 37th Street North, Wichita, Kansas 67220.[5]

### 2. Mosaic

17. The Mosaic Company is a Delaware-based publicly traded corporation with its headquarters in Tampa, Florida.[6] Mosaic became one of the largest fertilizer producers in the world when it was formed in October 2004, from the merger of IMC Global and Cargill Inc.'s crop nutrition division.[7] In 2016, Mosaic acquired Vale S.A.'s Vale Fertilizantes business, adding two potash plants in Brazil and Saskatchewan to its operations.[8] Today, Mosaic is a leading producer of potash and Phosphorus Fertilizers in North America.[9]

18. During the Class Period, Mosaic sold phosphate and potash fertilizers to customers in the United States, including members of the Class.

### 3. Yara

19. Yara International ASA is a publicly traded company, listed on the Oslo Stock Exchange (YAR.OL), with headquarters located at Drammensveien 131, 0277 Oslo, Norway.[10]

---

[5] *Supra* note 2.

[6] Mosaic, *Investor FAQs*, *Who is the Mosaic Company*, https://investors.mosaicco.com/resources/investor-faqs/default.aspx (last visited Mar. 22, 2026).

[7] Mosaic, *Investor FAQs*, *What is Mosaic's History and Predecessor Companies?* https://investors.mosaicco.com/resources/investor-faqs/default.aspx (last visited Mar. 22, 2026).

[8] Susan Reidy, *Mosaic to Acquire Vale's fertilizer business for $2.5 billion*, World-Grain.com (Dec. 20, 2016) https://www.world-grain.com/articles/7511-mosaic-to-acquire-vale-s-fertilizer-business-for-2-5-billion (last visited Mar. 22, 2026).

[9] Procurement Resource. *Top 7 Potash Producers in the USA*, https://www.procurementresource.com/blog/potash-producers-in-the-usa (last visited Mar. 22, 2026).

[10] Yara, *Share Information*, https://www.yara.com/investor-relations/share-and-debt-information/share-information/ (last visited Mar. 22, 2026).

Yara International ASA is a leading worldwide manufacturer of multiple varieties of nitrogen-based NPK Fertilizers.[11]

20.    Yara North America, Inc. is a wholly owned subsidiary of Yara International ASA. Its headquarters are located at 100 North Tampa Street, Suite 3800, Tampa, Florida 33602. Yara North America, Inc.'s main activities include sales, marketing, and distribution. The company offers a comprehensive portfolio of crop nutrition services including nitrogen-based fertilizers and NPK Fertilizers.

### 4.    Nutrien

21.    Nutrien Ltd. is a publicly traded Canadian company based in Saskatoon, Saskatchewan.[12] It was formed from Potash Corporation of Saskatchewan Inc. ("PotashCorp"), which the Saskatchewan government established as a public corporation in 1975.[13] After privatizing in 1990, it aggressively expanded by acquiring major U.S. fertilizer companies, including Potash Company of America, Texasgulf Inc., and White Springs Agricultural Chemicals.[14] In 2016, PotashCorp proposed a merger with Agrium, Inc., a major potash producer.[15] The Federal Trade Commission ("FTC") approved the merger in 2018, requiring the

---

[11]    MarketWatch, Yara International ASA, https://www.marketwatch.com/investing/stock/yar?countrycode=no (last visited Mar. 22, 2026).

[12]    Nutrien, *Celebrating the past, planning our future* (Nov. 28, 2018), https://www.nutrien.com/news/stories/celebrating-past-growing-our-future.

[13]    Funding Universe, *Potash Corporation of Saskatchewan Inc. History*, https://www.fundinguniverse.com/company-histories/potash-corporation-of-saskatchewan-inc-history/ (last visited Mar. 22, 2026).

[14]    *Id*.

[15]    Marilyn Scales, *POTASH: Nutrien created as Agrium, PotashCorp merger closes*, Canadian Mining Journal (Jan. 22, 2018), https://www.canadianminingjournal.com/news/potash-nutrien-created-agrium-potashcorp-merger-closes/.

divestiture of two Agrium, Inc. facilities that did not produce potash.[16] The merger created Nutrien Ltd., the world's largest potash producer and the second-largest fertilizer company, an entity operating six of Saskatchewan's ten potash mines and holding around 60% of North America's potash capacity.[17]

22.     Nutrien Ag Solutions, Inc. is a wholly owned subsidiary of Nutrien Ltd.,[18] incorporated in Delaware and located in Loveland, Colorado.[19]

23.     During the Class Period, Nutrien sold Nitrogen Fertilizers, Phosphorus Fertilizers, and potash to customers in the United States, including members of the Class.

### 5.     Canpotex Limited

24.     Canpotex Ltd. is a private export company co-owned by Nutrien, Ltd. and Mosaic Canada Corp Nutrition, LP,[20] a subsidiary of Mosaic. Canpotex's principal place of business is located at Suite 700, 409 – Third Avenue South, Saskatoon, Saskatchewan, Canada S7K 5R5.[21] Canpotex is the leading global producer of potash minerals for NPK Fertilizers, holding about 83% of the United States' potash market.[22]

---

[16]   David Giles, *PotashCorp, Agrium receive final approval for merger*, Global News (Dec. 27, 2017), https://globalnews.ca/news/3935134/potashcorp-agrium-merger-nutrien/ (last visited Mar. 22, 2026).

[17]   *Supra* note 15.

[18]   Nutrien Ag Solutions, *About Us*, *Leading the Field,* https://nutrienagsolutions.com/about-us (last visited Mar. 22, 2026).

[19]   *Id.*

[20]   Canpotex, *About Us*, https://www.canpotex.com/who-we-are/about-us/ (last visited Mar. 22, 2026).

[21]   Canpotex, *Corporate Offices*, https://www.canpotex.com/contact/corporate-offices/ (last visited Mar. 22, 2026).

[22]   *Open Markets Institute Comments on "Access to Fertilizer: Competition and Supply Chain Concerns," AMS-AMS-22-0027* (June 16, 2022), https://downloads.regulations.gov/AMS-AMS-

### 6. CF Industries

25.     CF Industries Holdings, Inc. is a publicly traded company listed on the New York Stock Exchange (NYSE: CF) and is headquartered at 2375 Waterview Drive, Northbrook, Illinois 60062. It produces nitrogen-based NPK Fertilizers for sale throughout the United States and the United Kingdom.[23]

26.     CF Industries Inc. is a wholly owned subsidiary of CF Industries Holdings, Inc. and was incorporated in Delaware,[24] with its principal place of business also located in Northbrook, Illinois.[25] CF Industries Inc. serves as the primary operating subsidiary of CF Industries Holdings, Inc.

27.     CF Industries Nitrogen, LLC, is an agricultural cooperative of which CF Industries Inc. owns approximately 89% and CHS Inc. owns the remaining 11%.[26] CF Industries Nitrogen, LLC is a Delaware corporation with its principal place of business in Northbrook, Illinois.

---

22-0027-1411/attachment_1.pdf (citing to U.S. Geological Survey, Mineral Commodity Summaries (Jan. 2021), https://pubs.usgs.gov/periodicals/mcs2021/mcs2021-potash.pdf).

[23] Yahoo! Finance, CF Industries Holdings, Inc. https://finance.yahoo.com/quote/CF/profile/?guccounter=1&guce_referrer=aHR0cHM6Ly93d3c uZ29vZ2xlLmNvbS8&guce_referrer_sig=AQAAADwIuw4uG9_P9NZxkNK2tUCw5KbyJMA Wtq_Vldapz1vTF0gVL2KVBMo6421v8LP_lSmTjAqEmLOnoMnZlyHI6PKvUt8INmVy-- ch6ESzJfGeMdmURVh_LXM0bF1olwxsX20D2PKuayd-krRToEuPq7X43uFf7z-- HJ2wUIoNBajXG (last visited March 22, 2026).

[24] CF, *Investor FAQs*, https://ir.cfindustries.com/Investors/resources/investor-faqs/default.aspx (last visited Mar. 22, 2026).

[25] CF, *Investor FAQs*; *Where are the company's headquarters*, https://ir.cfindustries.com/ Investors/resources/investor-faqs/default.aspx (last visited Mar. 23, 2026).

[26] CF, *CF Industries and CHS Commence Strategic Venture* (Feb. 1, 2016), https://www.cfindustries.com/newsroom/2016/cf-chs-strategic-venture (last visited Mar. 22, 2026).

28.    During the Class Period, CF Industries sold Nitrogen Fertilizers to purchasers in the United States, including Class members.

### 7.    Unnamed Co-Conspirators and Other Non-Parties

29.    Several individuals, firms, and corporations not named as Defendants are believed to have worked as co-conspirators with Defendants and contributed to the illegal activities described herein. Defendants are jointly and severally liable for the misconduct of these unnamed co-conspirators.

30.    When reference is made to, any act attributed to, a corporation, it means its officers, directors, agents, employees, or representatives entrusted to manage the corporation's affairs carried out the act.

31.    Additionally, Defendants are also responsible for acts committed in support of the alleged misconduct by companies Defendants acquired through mergers and acquisitions.

## IV.    FACTUAL ALLEGATIONS

### A.    NPK Fertilizers in North America

32.    Fertilizer is a key input in United States crop production.[27] Modern commercial agriculture depends on the application of three essential macronutrients – nitrogen (N), phosphorus (P), and potassium (K) – collectively referred to as NPK Fertilizers for plant growth and maximized yield. Each nutrient contributes to different functions in plant growth and, combined, they form the foundation of most plants' nutrition programs. While each has unique raw inputs and distinct manufacturing processes, all are indispensable inputs for the cultivation of crops.

---

[27]    Angelica Williams, LaPorchia A. Collins & Amy Boline, *U.S. fertilizer consumption rebounds from 2021 drop*, USDA Econ. Res. Serv. (Sep. 24, 2025), https://www.ers.usda.gov/data-products/charts-of-note/chart-detail?chartId=113348.

33.    NPK Fertilizers are applied using both single-nutrient products or in blended or compound formulations that contain two or three nutrients in specified ratios. Labels for fertilizer blends typically indicate the percentage of each nutrient in the product. Farmers select products based on soil conditions and crop requirements.

34.    In 2025, the U.S. fertilizer market was valued at close to $30 billion and is projected to reach over $31 billion in 2026.[28] Demand is strongest for bulk NPK Fertilizers.

35.    Fertilizers represent a large portion of farmers' cost of production.



---

[28]    Mordor Intelligence, *United States Fertilizers Market Size & Share Analysis – Growth Trends and Forecast (2026 – 2031)*, https://www.mordorintelligence.com/industry-reports/united-states-fertilizers-market (last visited Mar. 23, 2026).

Thus, price increases for NPK Fertilizers impact the net income of crop farms.[29] In 2022, fertilizer's share of total operating costs increased and, crops and fertilizer costs comprised of more than 40% of farms' operating costs.[30]

36.    The production and distribution of NPK Fertilizers are highly concentrated and capital-intensive, keeping barriers to entry high. Likewise, farmers cannot economically substitute away from NPK Fertilizers or reduce use of NPK Fertilizers, maintaining inelastic demand.[31]

### 1.    Nitrogen Fertilizers

37.    Nitrogen Fertilizers are primarily composed of nitrogen and include types such as nitrate, ammonium, ammonium nitrate, and urea.[32] The different forms of Nitrogen Fertilizer depend on the type of nitrogen present in the fertilizer.[33]

38.    The production of Nitrogen Fertilizers starts with ammonia, synthesized using the Haber-Bosch process. Reacting hydrogen from natural gas and nitrogen from air separation, the Haber-Bosch process uses high temperatures and pressure, over an iron-based catalyst, to synthesize anhydrous (containing no water) ammonia.

39.    Ammonia is the primary input for most Nitrogen Fertilizers. Nitrogen Fertilizers include anhydrous ammonia, urea, ammonium nitrate, and UAN solutions.

---

[29]    Angelica Williams, LaPorchia A. Collins & Amy Boline, *Drivers of Fertilizer Markets: Supply, Demand, and Prices,* ERR-354, USDA Econ. Res. Serv. (Sep. 2025), https://ers.usda.gov/sites/default/files/_laserfiche/publications/113324/ERR-354.pdf?v=38488.

[30]    *Id.* at iv.

[31]    *See id.* at 16 (stating growers' responses to rising fertilizer costs are "limited because reducing fertilizer use reduces yields and revenues").

[32]    David B. Mengel, *Types and Uses of Nitrogen Fertilizers for Crop Production*, Agronomy Guide, Purdue Univ. Coop. Ext. Serv., https://www.extension.purdue.edu/extmedia/ay/ay-204.html (last visited Mar. 22, 2026).

[33]    *Id.*

40.     Anhydrous ammonia is 82% nitrogen and immediately turns into gas when injected into the soil. Urea is produced by combining ammonia and carbon dioxide to form ammonium carbamate, which is then converted into urea through dehydration. Ammonium nitrate, produced by reacting ammonia with nitric acid, is another type of Nitrogen Fertilizer. UAN, a liquid solution containing 28-32% nitrogen, is created by blending urea and ammonium nitrate.

41.     Due to decades of extreme consolidation in the NPK Fertilizers industry, as discussed below, Nitrogen Fertilizer production is highly concentrated. During the Class Period, Defendants CF Industries, Nutrien, Koch, and Yara controlled more than 80% of Nitrogen Fertilizer production in the United States.

### 2.     Phosphorus Fertilizers

42.     Phosphorus Fertilizers are produced from mined phosphate rocks, which are dissolved in acid to become the main active ingredient in Phosphorus Fertilizers.[34]

43.     The United States has approximately 1 billion metric tons of phosphate rock reserves. Most phosphate rock deposits are in Florida and North Carolina.

44.     After phosphate rock is extracted, it is treated with an acid (usually sulfuric acid), to produce phosphoric acid. Phosphoric acid is then concentrated or mixed with ammonia to make Phosphorous Fertilizers.

45.     Phosphate rock mining has high barriers to entry, requiring enormous capital investment, specialized engineering and permitting, and years of development before production can begin.

---

[34]  Richard J. Haynes & Ravi Naidu, Phosphate Rock, *Phosphorus – An Essential input for agriculture yet a key pollutant of surface waters*, ScienceDirect (2024), https://www.sciencedirect.com/topics/earth-and-planetary-sciences/phosphate-rock.

46.    Production of Phosphorus Fertilizers is highly concentrated. During the Class Period, Defendants Nutrien and Mosaic accounted for more than 90% of Phosphorus Fertilizer production in North America.[35]

### 3.    Potassium Fertilizers

47.    Potassium-based fertilizer ("Potash") is extracted from underground deposits and typically sold as potassium chloride (KCl), also known as muriate of potash.[36]

48.    Most of the Potash purchased in the United States is imported from mines in Western Canada, where it is extracted through conventional underground mining or solution mining.

49.    Like Nitrogen Fertilizer and Phosphorus Fertilizer production, Potash also has high barriers to entry. Potash mining requires enormous capital investment, specialized engineering and permitting, and years of development before production can begin.

### a.    Canpotex and the Potash Market

50.    Canpotex, the Canadian Potash marketing and expert company, coordinates the offshore marketing, sales, and transportation of Potash produced by Nutrien and Mosaic.

51.    Formed in 1972 as a joint export association for Canadian Potash producers, its owners collectively market and distribute Potash produced from their Canadian mines to customers outside of North America.

---

[35]    Farm Action, *USDA's Vaden Accuses Nutrien, Mosaic of Fertilizer Price Collusion* (Jan. 29, 2026), https://farmaction.us/farm-policy-news-usdas-vaden-accuses-nutrien-mosaic-of-fertilizer-price-collusion/#:~:text=%E2%80%9CCanada's%20Nutrien%20and%20Florida%2Dbased,'%E2%80%9D.

[36]    Chris Calam, *Ambitious Mining Project to Meet the Demand for Potash*, ThermoFisher Scientific (Apr. 9, 2019), https://www.thermofisher.com/blog/mining/ambitious-mining-project-to-meet-the-demand-for-potash/.

52.     Canpotex operates an integrated export system, including a fleet of specialized railcars, port terminal facilities, and dedicated ocean vessels, that allows Canpotex's members to export Potash from Saskatchewan mines to overseas customers through a centralized transportation network.

53.     Canpotex provides its owners, Nutrien and Mosaic, with a mechanism for coordinating key aspects of Potash sales, including export volumes and shipment schedules. Upon information and belief, Canpotex collects and manages competitively sensitive information concerning the Potash market, including production capacities, inventories, customer demand, shipment logistics, and pricing.

54.     As a joint exporting and marketing organization, generally, Canpotex creates opportunities for would-be competitors, Nutrien and Mosaic, to exchange competitively sensitive information, and to collaborate in aligning their U.S. pricing and supply strategies.

### 4.     Systemic Consolidation of the North American NPK Fertilizer Market

55.     Over the last 40-50 years, the NPK Fertilizer industry has been dramatically consolidated. Once a competitive market, the NPK Fertilizer industry is now highly concentrated, with Defendants at the helm.

56.     In the late 1970s and early 1980s there were 56 nitrogen companies, 25 companies that mined phosphate, and 15 Potash companies operating in the United States and Canada. Between the 1980s and mid-2000s, the Nitrogen Fertilizer sector contracted from 59 to 22 production facilities and 46 firms declined to 13,[37] with six companies controlling 68% of the

---

[37]   Anton Beckkerman, Gary W. Brester & David Ripplinger, *The History, Consolidation, and Future of the U.S. Nitrogen Fertilizer Production Industry*, Choices Magazine, Agric. & Applied Econ. Assn (Vol. 32, Quarter 2), https://www.choicesmagazine.org/UserFiles/file/ cmsarticle_742.pdf.

Nitrogen Fertilizer market. Similarly, consolidation of the Phosphorus Fertilizer market left six companies controlling 88% of the market. And by 2000, just two companies (that formed a Canadian oligopology), controlled 85% of the Potash market.



Fertilizer Companies in North America[38]

57.     The market was further constrained over the next decade. By 2012, 75% of the nitrogen market was controlled by four companies, three companies controlled 90% of the phosphorus market, and three companies controlled the nearly 90% of Potash imported from Canada. By 2024, there were less than five significant producers in each NPK Fertilizer market and just three companies – Nutrien, Mosaic, and CF Industries – control most of the domestic NPK Fertilizer market.

---

[38]  Farm Action, *Fertilizer: The Hidden Engine of Corporate Power* (Oct. 9, 2025), https://farmaction.us/fertilizer-the-hidden-engine-of-corporate-power/.



**1** North American Fertilizer Concentration in 2024[39]

## B.      Defendants' Anticompetitive Conduct

58.      In or around 2021, NPK Fertilizer prices began to rise dramatically, significantly deviating from historical norms.[40] Prices spiked throughout 2021 and 2022,[41] remaining high even

---

[39]  Farm   Action,   *The   Fertilizer   Sector   Fact   Sheet*,   https://farmaction.us/wp-content/uploads/2024/09/Fertilizer_Farm-Action.pdf (last visited March 24, 2026).

[40]  John Baffes & Wee Chian Koh, *Soaring fertilizer prices add to inflationary pressures and food security concerns*, WorldBank Blogs (Nov. 15, 2021), https://blogs.worldbank.org/en/opendata/soaring-fertilizer-prices-add-inflationary-pressures-and-food-security-concerns.

[41]  Frank K. Nti, *Impacts and Repercussions of Price Increases on the Global Fertilizer Market*, USDA Foreign Agric. Serv. (June 30, 2022), https://www.fas.usda.gov/data/impacts-and-repercussions-price-increases-global-fertilizer-market.

after supply issues were resolved. These inflated prices are the result of Defendants' conspiracies and unlawful conduct.

59.     During this period, U.S. farmers, including Plaintiff and Class members, saw NPK Fertilizer costs skyrocket,[42] adding approximately $128,000 in expenses per farm in 2022.[43]

### 1.     Defendants' Conspiracies to Increase NPK Fertilizer Prices

60.     Upon information and belief, beginning in or around 2021, Defendants engaged in a combination and conspiracy to coordinate output restrictions and enforce capacity discipline. Acting collectively, Defendants limited the supply of NPK Fertilizers in the United States by, among other actions: (a) reducing production and available capacity; (b) postponing or constraining production expansions despite historically high prices; (c) managing inventories to sustain artificial scarcity; and (d) refraining from materially increasing output in response to rising prices.

61.     In a competitive market, record-high prices would ordinarily prompt a swift and sustained increase in supply. That did not occur here. Instead, Defendants adhered to "capacity discipline," keeping supply in each market constrained even as prices climbed to historic levels.

62.     This "managed scarcity" was not accidental. Rather, upon information and belief, Defendants in each market agreed to restrict supply. The structure of the market further facilitated this conduct, as a small number of dominant producers controlled nearly all NPK Fertilizer production in North America.

---

[42]   Madelyn Ostendorf, *What Is Going on With Fertilizer Prices?*, Successful Farming (Dec. 16, 2021), https://www.agriculture.com/news/crops/skyrocketing-fertilizer-market-has-farmers-analysts-and-companies-weighing-in.

[43]   Tyne Morgan, *50% Surge in Fertilizer Prices Adds $128,000 in On-Farm Costs for 2022, Finds Texas A&M Study*, FarmJournal AGWeb (Jan. 12, 2022), https://www.agweb.com/news/crops/corn/50-surge-fertilizer-prices-adds-128-000-farm-costs-2022-finds-texas-am-study.

- 17 -

63.    As such, fertilizer prices have steadily risen, increasing 37% between 2020 and 2025.

### 2.    NPK Fertilizer Prices Moved in Tandem

64.    Between 2020 and 2021, the wholesale fertilizer index increased by over 60%. These upward trends continued and in 2022, wholesale fertilizer prices averaged 132% higher than 2020 prices.



65.    Publicly available pricing data show a parallel pattern across NPK Fertilizers – a sharp increase in 2021 to 2022, price decreases in 2023, and renewed increases beginning in 2024 that continue through the present.



- 18 -





66.    During the Class Period, farmers, like Plaintiff and members of the Class, paid higher prices for NPK Fertilizers while Defendants experienced record high profits.[44]

---

[44]    *See* Noah Zahn, *The price of plenty: Fertilizer companies cash in while farmers struggle*, WUSF NPR (June 8, 2023), https://www.wusf.org/environment/2023-06-08/the-price-of-plenty-fertilizer-companies-cash-in-farmers-struggle.



## Fertilizer company profits spike in 2022

Russia's invasion of Ukraine forced a global price shock for fertilizer, leading to record corporate profits. *Note: Figures for 2023 and 2024 are company projections.*

Source: Bloomberg

REBECCA BAUER/Missourian

### a.    Nitrogen Fertilizers Price Increases

67.    Public disclosures by Nutrien show that Nitrogen Fertilizer prices increased sharply from 2021 to 2022. In its 2022 filings, Nutrien reported average net realized selling prices of approximately $973 per metric tonne for ammonia in 2022 versus $477 in 2021, a 104% increase; $696 per metric tonne for urea in 2022 versus $478 in 2021, a 46% increase; and $402 per metric tonne for solutions, nitrates, and sulfates in 2022 versus $238 in 2021, a 69% increase.[45]

68.    CF Industries' public disclosures also show substantial year-over-year increases in Nitrogen Fertilizer prices from 2021 to 2022. CF Industries reported an 88% increase in ammonia prices (from approximately $452 per metric ton in 2021 to approximately $849 per metric ton in

---

[45]    Press Release, Nutrien, *Nutrien Reports Fourth Quarter and Full-Year 2022 Results* (Feb. 15, 2023), https://www.sec.gov/Archives/edgar/data/1725964/000119312523040355/d450102dex 991.htm; *see also* Nutrien, *Management's Discussion & Analysis* (2022), https://www.sec.gov/ Archives/edgar/data/1725964/000119312523048055/d411297dex9921.pdf.

2022); a 45% increase in urea prices (from approximately $397 per metric ton to approximately $574 per metric ton); a 93% increase in UAN prices (from approximately $247 per metric ton to approximately $477 per metric ton); and a 78% price increase for ammonium nitrate (from approximately $269 per metric ton to approximately $480 per metric ton).[46]

69.    Upon information and belief, Defendants Yara and Koch made similar price increases across their Nitrogen Fertilizers.

### b.    Phosphorus Fertilizers Price Increases

70.    Nutrien's and Mosaic's public financial disclosures also show sharp increases in Phosphate Fertilizer prices beginning in 2021, reaching historically elevated levels in 2022.

71.    Nutrien reported that its average net realized selling price for Phosphate Fertilizers in North America increased from approximately $602 per metric tonne in 2021 to approximately $806 per metric tonne in 2022 – an increase of approximately 34%.[47]

72.    Mosaic reported similar price increases in its 2022 annual disclosures, stating that its average selling price for Phosphate Fertilizers increased from approximately $564 per tonne in 2021 to approximately $804 per tonne in 2022 – an increase of approximately 43%.[48]

73.    Recent company disclosures indicate that Phosphate Fertilizer prices increased again after declining from 2022 peaks. Nutrien reported that its North American phosphate selling

---

[46] CF Industries Holdings, Inc., Annual Report (Form 10-K) (Feb. 23, 2023), https://www.cfindustries.com/globalassets/cf-industries/media/documents/reports/annual-reports/cf_industries_2023-annual-report.pdf (approximate numbers based on converting CF's reported per-product-ton to metric tons).

[47] *See* Nutrien Ltd., Nutrien Annual Report 2022, *Management's Discussion and Analysis*, at 45-46 (Feb. 16, 2023), https://www.sec.gov/Archives/edgar/data/1725964/000119312523048055/d411297dex9921.pdf (table reporting "Phosphate" net selling prices).

[48] The Mosaic Company, Annual Report (Form 10-K) at 34 (Feb. 23, 2023), https://d18rn0p25nwr6d.cloudfront.net/CIK-0001285785/c177b49b-a7e5-4f2f-afbc-b1fdc9629748.pdf (table reporting "Average Selling Price – Phosphates").

prices increased from approximately $615 per metric tonne in the fourth quarter of 2024 to approximately $677 per metric tonne in the fourth quarter of 2025, an increase of approximately 10%.[49] Mosaic similarly reported an approximate 16% price increase over the same period, from $593 per tonne to approximately $686 per tonne.[50]

### c.     Potash Price Increases

74.     Nutrien's and Mosaic's public financial disclosures also indicate a sharp price increase for potash beginning in 2021, hitting historically elevated highs in 2022.

75.     Nutrien reported its average net realized selling price for Potash in North America increased from approximately $317 per metric tonne in 2021 to approximately $667 per metric tonne in 2022 – an increase of approximately 110%.[51]

76.     Mosaic reported similar price increases in its 2022 annual disclosures, affirming that its average selling price for Potash increased from approximately $285 per tonne in 2021 to approximately $632 per tonne in 2022 – an increase of approximately 122%.[52]

77.     More recent company disclosures indicate that Potash prices increased again after declining from 2022 peaks. Nutrien reported that its North American Potash selling prices

---

[49]   *See* News Release, Nutrien Ltd., *Nutrien Reports Full-Year 2025 Results and Provides 2026 Guidance* (Feb. 18, 2026), https://www.nutrien.com/news/press-releases/nutrien-reports-full-year-2025-results-and-provides-2026-guidance-1741.

[50]   Press Release, The Mosaic Company, *The Mosaic Company Reports Fourth Quarter and Full Year 2025 Results* (Feb. 24, 2026), https://s1.q4cdn.com/823038994/files/doc_financials/2025/q4/Press-Release-Q4-2025-Exhibit-99-1-FINAL.pdf.

[51]   Nutrien Ltd., Nutrien Annual Report 2022, Management's Discussion and Analysis, at 38-40 (Feb. 16, 2023), https://www.sec.gov/Archives/edgar/data/1725964/000119312523048055/d411297dex9921.pdf (table reporting Potash net selling prices).

[52]   *See* The Mosaic Company, Annual Report (Form 10-K) at 36-37 (Feb. 23, 2023), https://d18rn0p25nwr6d.cloudfront.net/CIK-0001285785/c177b49b-a7e5-4f2f-afbc-b1fdc9629748.pdf (table reporting "Average Selling Price – Potash").

increased from approximately $270 per metric tonne in the fourth quarter of 2024 to approximately $305 per metric tonne in the fourth quarter of 2025, an increase of approximately 13%.[53] Similarly, Mosaic reported an increase from approximately $199 per tonne to approximately $264 per tonne over the same period, an increase of approximately 33%.[54]

**C.      Defendants' Justifications for the Price Increases are Insufficient**

78.      Defendants have continually claimed that the NPK Fertilizers price increases during the Class Period were due to general inflation, logistics disruptions, and global supply issues, blaming the war in Ukraine and the accompanying sanctions on exports from Russia and Belarus.[55]

79.      However, these international supply disruptions cannot fully justify the sustained high prices farmers have experienced.

80.      Following the 2022 invasion of Ukraine, Potash producers from non-sanctioned countries had a prime opportunity to boost supply and seize market share from their competitors. In a competitive environment, this would have led to a decline in prices, returning them to pre-2022 levels. Instead, Potash prices have remained unjustifiably high, even exceeding prices from 2021. Potash producers' refusal to reduce prices would undermine their economic self-interest unless they were deliberately keeping prices elevated in an effort to manipulate the market.

---

[53] *See* News Release, Nutrien Ltd., *Nutrien Reports Full-Year 2025 Results and Provides 2026 Guidance* (Feb. 18, 2026), https://www.nutrien.com/news/press-releases/nutrien-reports-full-year-2025-results-and-provides-2026-guidance-1741.

[54] *See* Press Release, The Mosaic Company, *The Mosaic Company Reports Fourth Quarter and Full Year 2025 Results* (Feb. 24, 2026), https://s1.q4cdn.com/823038994/files/doc_financials/2025/q4/Press-Release-Q4-2025-Exhibit-99-1-FINAL.pdf.

[55] Nutrien, *An Explainer: What's driving the cost of fertilizer?* (Aug. 31, 2022), https://www.nutrien.com/news/stories/explainer-whats-driving-cost-fertilizer.

81.    Then, in December 2025, the United States lifted sanctions on Belarusian Potash in exchange for the release of political prisoners.[56] Despite this development, the market's reaction was minimal, and the reintroduction of this supply failed to lower Potash prices.

82.    Additionally, rising input costs do not account for the persistently high prices of Nitrogen Fertilizer. Nitrogen Fertilizer prices remained elevated throughout the Class Period, even when natural gas prices were relatively low.

83.    Instead, prices of the NPK Fertilizers "remained stubbornly high" throughout the Class Period, "even as commodity markets softened."[57]

84.    On December 8, 2021, the Family Farm Action Alliance sent a letter to the United States Department of Justice, urging an investigation into the highly consolidated fertilizer sector, concerned about anti-competitive practices. The letter highlighted Defendants' unsubstantiated claims regarding supply issues:

> Claiming a global shortage, fertilizer companies have recently broken records with the ballooning prices they charge for fertilizer. Yet the companies' own documents refute any shortage claims and reveal they have additional capacity they're not utilizing. While it's true that natural gas prices are currently high, Yara's 2021 third quarter report states explicitly that this has had "[l]imited impact on finished fertilizer production to date; Yara is closely monitoring the situation going forward." Nutrien's annual report states that "due to historically low global ammonia prices we curtailed production . . . while maintaining flexibility to respond to improvements in the market condition." Their potash capacity likewise exceeds

---

[56]    PBS, *Belarus frees prominent political prisoners as U.S. lifts sanctions on country's potash exports* (Dec. 13, 2025), https://www.pbs.org/newshour/world/belarus-frees-prominent-political-prisoners-as-u-s-lifts-sanctions-on-countrys-potash-exports.

[57]    RealAgriculture Market Team, *Sticky input prices and short supplies: What's keeping fertilizer costs high?* (Aug. 28, 2025), https://www.realagriculture.com/2025/08/sticky-input-prices-and-short-supplies-whats-keeping-fertilizer-costs-high/.

current production levels, and in 2020 the cash cost to produce potash was $59 per tonne, the lowest level on record for Nutrien.[58]

### D.    The Fertilizer Industry has Faced Scrutiny in the Past

85.    The fertilizer industry, including Defendants, has a troubling history of being targeted for anticompetitive and unfair business practices. In the early 1990s, several Potash producers faced scrutiny from the Antitrust Division of the U.S. Department of Justice for price-fixing.[59]

86.    On September 15, 2008, a class action was filed on behalf of Potash purchasers, alleging that various global producers of Potash collaborated to restrict output and impose price increases. *See In re Potash Antitrust Litig.*, 667 F. Supp. 2d 907, 916, 919 (N.D. Ill. 2009). Plaintiffs' claims survived a motion to dismiss, and were subsequently upheld by the Seventh Circuit in *Minn-Chem, Inc. v. Agrium, Inc.*, 683 F.3d 845, 860 (7th Cir. 2012).[60]

87.    Following this decision, Potash producers reached a settlement. On February 10, 2013, both Mosaic and PotashCorp announced that they each agreed to pay $43.75 million to

---

[58]    Letter to DOJ from Joe Maxwell, President of Family Farm Action Alliance (Dec. 8, 2021) https://farmaction.us/wp-content/uploads/2021/12/FFAA_DOJ_Fertilizer_Investigation_Final .pdf.

[59]    *Probe of Potash Price Fixing Ends With No Planned Action*, Wall St. J (June 17, 1996), https://www.wsj.com/articles/SB834968145602136000.

[60]    *Minn-Chem, Inc. v. Agrium, Inc.*, 683 F.3d 845, 860-61 (7th Cir. 2012) ("The world market for potash is highly concentrated, and customers located in the United States account for a high percentage of sales. . .  foreign sellers allegedly created a cartel, took steps outside the United States to drive the price up . . . and then (after succeeding in doing so) sold that product to U.S. customers. The payment of overcharges by those customers was objectively foreseeable, and the amount of commerce is plainly substantial.").

resolve the claims.[61] Agrium, Inc. agreed to pay an additional $10 million, bringing the total settlement value to nearly $100 million.[62]

88.    However, the settlement did not end the scrutiny of anticompetitive practices in the Potash industry. In the fall of 2013, the American Antitrust Institute released a monograph analyzing the market power exerted by the few large global producers of fertilizer inputs.[63] The report indicated that these fertilizer inputs were prone to anticompetitive coordination or collusion and concluded "fertilizer producers have likely acted in a coordinated fashion to raise prices, to the detriment of competitors and consumers."[64] The monograph also highlighted how Potash producers, through Canpotex, engage in anticompetitive sharing of information related to export prices and volumes.[65]

### E.    USDA Investigates Collusion and Price Fixing of NPK Fertilizers

89.    On October 28, 2025, Mark Mueller, President of the Iowa Corn Growers Association ("ICGA"), spoke at a U.S. Senate Committee on the Judiciary hearing on competition in the seed and fertilizer industries.[66] Mueller emphasized that rising fertilizer costs are severely

---

[61]    PR Newswire, *The Mosaic Company Announces Settlement Of Potash Antitrust Litigation* (Jan. 30, 2013), https://www.prnewswire.com/news-releases/the-mosaic-company-announces-settlement-of-potash-antitrust-litigation-189020521.html.

[62]    The Canadian Press, *Big 3 potash miners to pay around $100M to settle U.S. antitrust cases* (Jan. 31, 2013), https://www.cbc.ca/news/canada/saskatchewan/big-3-potash-miners-to-pay-around-100m-to-settle-u-s-antitrust-cases-1.1362975.

[63]    American Antitrust Institute, *The Fertilizer Oligopoly: The Case for Global Antitrust* (Oct. 4, 2013), https://www.antitrustinstitute.org/work-product/the-fertilizer-oligopoly-the-case-for-global-antitrust/.

[64]    *Id.*

[65]    *Id.*

[66]    U.S. Senate Committee on the Judiciary, Hearing on Competition Issues in the Seed & Fertilizer Industries – Written Testimony of Mark Mueller, President of the Iowa Corn Growers

impacting corn growers in Iowa and across the country, emphasizing that "[g]rowers across the country are facing an impossible decision: buy fertilizer or stay solvent."[67]

90.    Mueller explained that "it is well past time to stop ignoring the role of the fertilizer monopolies that dominate critical input markets[.]" as decades of consolidation in the U.S. fertilizer industry have resulted in only a few companies dominating the market and a dramatic increase in fertilizer prices.[68] Mueller went on to explain that the number of corn bushels needed to purchase one unit of monoammonium phosphate surged from an average of 136 bushels to 230 bushels over the past five years *for the same unit*.[69] This situation exemplifies the intense financial pressure on farmers as fertilizer prices continue to surge while crop revenues stagnate.

91.    In December 2025, President Donald Trump issued an Executive Order instructing the U.S. Attorney General and the Chairman of the FTC to establish a Food Supply Chain Security Task Force to investigate price-fixing and anti-competitive practices within the food sector.[70]

92.    In January 2026, U.S. Department of Agriculture Deputy Secretary Stephen Vaden publicly stated that Defendants Mosaic and Nutrien had been "constraining supply and driving up the prices that farmers pay" for fertilizers. He emphasized, "It's unacceptable. . . . we're not going to allow these two companies to do anything to undermine . . . any other new market participant

---

Association (Oct. 28, 2025), https://www.grassley.senate.gov/download/mark-mueller-testimony-senate-judiciary-committee-submitted-version.

[67]    *Id.*

[68]    *Id.*

[69]    *Id.* (emphasis added).

[70]    The White House, *Addressing Security Risks from Price Fixing and Anti-Competitive Behavior in the Food Supply Chain* (Dec. 6, 2025), https://www.whitehouse.gov/presidential-actions/2025/12/addressing-security-risks-from-price-fixing-and-anti-competitive-behavior-in-the-food-supply-chain/.

that wants to come in, provide new fertilizer supply and break up the cute little game that Mosaic and Nutrien have been playing for the last several years."[71]

93.    In February 2026, the ICGA[72] and the Texas Corn Producers Association[73] sent letters to U.S. Attorney General Pam Bondi seeking clarity on the Department of Justice's efforts to investigate and address potential antitrust violations within the fertilizer industry. The letters were reported to reflect farmers' growing frustrations over high fertilizer prices while crop returns remained stagnant.[74]

94.    On March 4, 2026, Bloomberg Law reported that the U.S. Department of Justice ("DOJ") was investigating whether NPK Fertilizer producers, including Defendants Mosaic, Yara, Nutrien, CF Industries, and Koch, colluded to raise prices, potentially violating antitrust laws.

**F.    NPK Fertilizer Prices Surged During the Class Period, While Input Costs and Demand Declined**

95.    Before the conspiracy began, increases in NPK Fertilizer prices were usually temporary, with market forces naturally correcting pricing in line with a competitive market.[75]

---

[71]    A Conversation with USDA Deputy Secretary Stephen Vaden (Jan. 21, 2026), at 46:40-47:19, https://nationalaglawcenter.org/webinars/vaden/.

[72]    Iowa Corn Growers Ass'n, Letter to U.S. Attorney General Pam Bondi (Feb. 4, 2026), https://x.com/iowa_corn/status/2019456648654315988.

[73]    Texas Corn Producers Ass'n, Letter to U.S. Attorney General Pam Bondi (Feb. 10, 2026), https://texascorn.org/wp-content/uploads/2026/02/TCPADOJStatusLetter_021026.pdf.

[74]    Chris Clayton, *Report: DOJ Looking at Fertilizer Cos.*, Progressive Farmer (Mar. 5, 2026), https://www.dtnpf.com/agriculture/web/ag/crops/article/2026/03/05/iowa-corn-growers-urge-doj-press.

[75]    David Widmar, *2020 fertilizer prices — some of the lowest in a decade*, Michigan Farm News (Apr. 7, 2020), https://www.michiganfarmnews.com/2020-fertilizer-prices-some-of-the-lowest-in-a-decade.

However, during the Class Period, NPK Fertilizer prices rose significantly because of Defendants' actions.

96.     Beginning in mid-2024, fertilizer prices across NPK Fertilizers began rising again:[76]



**PRODUCTION INPUT COSTS - FERTILIZER**
*Fertilizer as a Share of Total Production Expenses | U.S. Fertilizer Expenditures | 2003–2025F (F = Forecast)*

American Farm Bureau Federation

Source: USDA ERS

[77]

97.     Input costs or other macroeconomic factors do not explain these prices. In 2021, Nutrien's gross manufacturing profit margin was 669% up from 2020, even though its costs of

---

[76]  Faith Parum, *Fertilizer Outlook: Global Risks, Higher Costs, Tighter Margins*, Am. Farm Bureau Fed'n – Market Intel (Sep. 11, 2025), https://www.fb.org/market-intel/fertilizer-outlook-global-risks-higher-costs-tighter-margins.

[77]  Texas Farm Bureau, *Fertilizer prices on the rise for farmers, ranchers* (Sep. 15, 2025),https://texasfarmbureau.org/fertilizer-prices-on-the-rise-for-farmers-ranchers/.

goods sold only increased 58%.[78] This dramatic expansion of profits continued into 2022, with

Mosaic improving on its 2021 profits by 120%, Nutrien by 142%, and CF Industries by 212%.[79]

98.    Indeed, Defendants Nutrien, Mosaic, CF Industries, and Yara continued to reap

profits:



# Fertilizer company profits spike in 2022

Russia's invasion of Ukraine forced a global price shock for fertilizer, leading to record corporate profits. *Note: Figures for 2023 and 2024 are company projections.*

- Nutrien Ltd.
- The Mosaic Co.
- CF Industries Holdings
- Yara International ASA

Source: Bloomberg

REBECCA BAUER/Missourian

*Rebecca Bauer/Missourian / Bloomberg*  80

99.    The recent simultaneous rise in prices across all three nutrient markets from 2024

to 2026 – following a decline in 2023 – mirrors the synchronized pattern observed during the price

spike of 2021-2022. This repeated pattern of aligned price movements across three chemically

---

[78]   Farm Action Fact Sheet: The Fertilizer Sector, https://farmaction.us/wp-content/uploads/2024/09/Fertilizer_Farm-Action.pdf.

[79]   *Id.*

[80]   Noah Zahn, *The price of plenty: Fertilizer companies cash in while farmers struggle*, *supra* note 44.

distinct product categories suggests coordinated conduct rather than independent pricing decisions by firms responding to varying cost structures and supply and demand conditions.

100.    The nitrogen, phosphate, and potash markets involve distinct chemical products, production processes, and raw materials. In a competitive market, prices are expected to vary according to these factors. However, the tight synchronization of prices across these markets indicates misconduct and collusion among Defendants, who operate across multiple nutrient categories and share sensitive information through formal and informal channels.

### G.    How "Plus Factors" in the Fertilizer Industry Provide Additional Evidence of Defendants' Conspiracy

101.    Legal and economic scholars in antitrust have identified specific "plus factors" that serve to indicate collusive behavior. These "plus factors"[81] represent economic actions and outcomes that, beyond just parallel behavior among oligopolistic firms, suggest coordinated action rather than independent conduct. Each "plus factor" serves as circumstantial evidence of active collusion, instead of mere conscious parallelism. The most compelling factors, referred to as "super plus factors,"[82] provide stronger evidence of explicit collusion.

102.    Here, several compelling factors suggest that Defendants are part of a *per se* unlawful price-fixing cartel. These factors include: (a) their exchange of competitively sensitive

---

[81]    *In re Domestic Airline Travel Antitrust Litig.*, 691 F. Supp. 3d 175, 192 (D.D.C. 2023) ("[P]lus factors indicate the existence of a conspiracy by ruling out the legitimate explanation for parallel behavior: they suggest that an alleged conspirator's actions are 'inconsistent with independent pursuit of economic self-interest.' Plus factors are evidence that makes it 'more likely than not' that parallel conduct, once established, was the result of a preceding agreement rather than interdependent action.").

[82]    William Kovacick et al., *Plus Factors and Agreement in Antitrust Law*, Univ. of Michigan Law School Scholarship Repository, https://people.duke.edu/~marx/bio/papers/plusfactors. (Super Plus Factors are "groups of plus factors, that lead to a strong inference of explicit collusion").

information; (b) the existence of an increasingly concentrated market; (c) high barriers to market entry; (d) opportunities and invitations to collude; and (e) a commodity product.

103.    ***First***, the exchange of firm-specific, sensitive information indicates active collusion. Mosaic and Nutrien are part of Canpotex, a Canadian export-marketing agency that allows them to sell Potash collectively in overseas markets. Canpotex enables the sharing of confidential production data, pricing information, and sales volumes, which is usually kept confidential. Additionally, there is significant overlap in personnel; for instance, Nutrien's CEO was once Canpotex's President and CEO.[83]

104.    ***Second***, the NPK Fertilizer market is highly concentrated, with only two firms dominating Potash[84] and Phosphorus Fertilizer production, and four controlling Nitrogen Fertilizer production.[85] Additionally, foreign NPK suppliers, especially for Potash, have become less competitive due to the war in Ukraine and U.S. tariffs. Since 2008, the Nitrogen Fertilizer industry has consolidated, highlighted by CF Industries' acquisition of Terra in 2010[86] and the merger of

---

[83]  Nutrien News, *Nutrien Announces CEO Transition* (Jan. 4, 2022) https://www.nutrien.com/news/press-releases/nutrien-announces-ceo-transition-1622.

[84]  Rami al Rawashdeh and Philip Maxwell, *Analysing the world potash industry*, ScienceDirect (Sep. 14, 2014), https://www.sciencedirect.com/science/article/abs/pii/S030142071400049X.

[85]  Sarah Carden, *Big Fertilizer: Measuring the Impacts of Food and Farm System Concentration*, Farm Action (Jan. 19, 2022), https://farmaction.us/wp-content/uploads/2022/01/Big-Fertilizer_-Measuring-the-Impacts-of-Food-and-Farm-System-Concentration.pdf.

[86]  CF Industries, *CF Industries And Terra Industries Agree To Combine, Creating A Global Industry Leader* (Mar. 12, 2010) https://www.sec.gov/Archives/edgar/data/722079/000110465910014026/a10-5658_1ex99d1.htm.

Agrium, Inc. and PotashCorp in 2018, which formed Nutrien,[87] the second-largest global Nitrogen Fertilizer producer.

105.    A 2024 study from Texas A&M University titled "Concentration and Competition in the U.S. Fertilizer Industry"[88] highlighted the following Herfindahl-Hirschman Index ("HHI") scores for different types of fertilizers in the United States: Potash had an HHI of 3,455,[89] Nitrogen Fertilizer was at 2,382,[90] and Phosphate Fertilizer reached 4,553.[91] The DOJ and the FTC consider markets with an HHI above 1,800 to be highly concentrated.

106.    Being among those first hit, farmers have attributed higher prices to this consolidation. For example, the North Dakota Farmer's Union wrote that "[d]espite convincing evidence of anticompetitive pricing of fertilizer and highly concentrated market structures, most antitrust authorities have shown scant interest in investigating the fertilizer industry."[92]

107.    *Third***,** NPK Fertilizer producers face significant barriers to entry, including high financial, operational and logistical costs, and strict regulations. New entrants must invest in land

---

[87]  Nutrien, *Management's Discussion & Analysis of Financial Condition and Results of Operations* (2018), https://www.sec.gov/Archives/edgar/data/1725964/000119312519053855/ d636808dex992.htm#:~:text=Merger,owned%20subsidiaries%20of%20Nutrien%20Ltd.

[88]  Bart L. Fisher, et al., *Concentration and Competition in the U.S. Fertilizer Industry*, Texas A&M Univ., Agricultural and Food Policy Center (March 2024), https://afpc.tamu.edu/research/publications/725/BP-24-1_AFPC-Fertilizer-Markets-May-2024.pdf#:~:text=Briefing%20Paper%2024%2D1%20March%202024%20Page%202,farms%20 and%20ranches%20across%20the%20United%20States.

[89]  *Id.* at 10.

[90]  *Id.*

[91]  *Id.*

[92]  North Dakota Farmers' Union, *WATNE: Fertilizer prices high for producers* (July 6, 2022), https://ndfu.org/watne-fertilizer-prices-high-for-producers/.

and facilities for production and compete with established customer relationships. Therefore, it is unlikely that new competitors will effectively challenge cartel pricing.

108.    ***Fourth***, the NPK Fertilizer industry has powerful trade associations and events that provide opportunities for and facilitate collusion among Defendants. The Fertilizer Institute, the leading U.S. trade association for fertilizers, hosts an Annual Business Conference that serves as the fertilizer industry's main networking event.

109.    As of 2026, key executives from Defendants Nutrien, Mosaic, CF Industries, Koch, and Yara are all on The Fertilizer Institute's Board of Directors.[93] Additionally, all Defendants are members of the International Fertilizer Association ("IFA"),[94] which holds various annual events and maintains IFASTAT, IFA's online database and portal for global fertilizer statistics, covering supply, trade, and consumption providing IFA members with sensitive market information, including statistics on fertilizer supply and consumption. Nutrien's Kenneth Seitz is also part of the IFA's Executive Committee.[95]

110.    ***Fifth***, Nitrogen Fertilizers, Phosphorus Fertilizers, and Potash are fungible and homogeneous commodity products with minimal differentiation. Consequently, one supplier's product can easily be substituted for another's. As a result, buyers tend to base their purchase decisions primarily, if not entirely, on price.

---

[93]    The Fertilizer Institute, *Leadership*, https://www.tfi.org/about-us/leadership/ (last visited Mar. 24, 2026).

[94]    IFA, *Our Members*, https://www.fertilizer.org/about-ifa/our-members/ (last visited Mar. 24, 2026).

[95]    IFA, *Our Executive Committee*, https://www.fertilizer.org/about-ifa/structure-governance/our-executive-committee/ (last visited Mar. 24, 2026).

V.    ANTI-COMPETITIVE EFFECTS AND RELEVANT ANTITRUST
      MARKETS

111.    Defendants' anticompetitive conduct included, but were not limited to, the following effects:

- competition among Defendants has been restrained or eliminated with respect to NPK Fertilizers;

- the price of NPK Fertilizers has been fixed, stabilized, or maintained at artificially high levels; and

- Plaintiff and members of the Class have been deprived of the benefits of free and open competition between and among Defendants.

112.    Purchasers have been deprived of free and open competition for NPK Fertilizers. Defendants' violations of antitrust laws have caused Plaintiff and members of the Class to pay higher prices for NPK Fertilizers than they would have absent Defendants' illegal contract, combination, or conspiracy. As a result, Plaintiff and Class members have suffered damages in the form of paying supracompetitive prices for their NPK Fertilizer purchases. This type of injury is precisely what antitrust laws aim to punish and prevent. Defendants' price-fixing agreement is unlawful, by either *per se* standards or under a quick look or rule-of-reason analysis.

113.    Research from the American Antitrust Institute indicates that the median overcharge imposed by members of hard-core fertilizer cartels was approximately 41%, which exceeds the 30% median overcharge observed across all industries from 1702 to 2010.[96] These findings highlight that the fertilizer industry has historically been particularly susceptible to anticompetitive misconduct, which disproportionately harm consumers of fertilizer products when such misconduct occurs.

---

[96]    C. Robert Taylor and Diana L. Moss, *The Fertilizer Oligopoly: The case for Global Antitrust Enforcement*, at 14 n.20, Am. Antitrust Inst. (Sep. 2013), https://www.antitrustinstitute.org/wp-content/uploads/2013/10/FertilizerMonograph.pdf.

114. Under the *per se* standard, and especially when there are clear anticompetitive effects, it is not necessary to define a relevant product and geographic market. However, Plaintiff provides that definition below in case its allegations are ultimately examined under a "quick look" or rule of reason analysis.

### A.    The Relevant Product Market Is NPK Fertilizers

115. If a relevant product market needs to be defined, it is specifically the market for NPK Fertilizers.

116. There are no reasonable substitutes for NPK Fertilizers, making them a distinct product market. Additionally, or alternatively, there are individual submarkets for Nitrogen Fertilizers, Phosphate Fertilizers, and Potash.

### B.    The Relevant Geographic Market Is the United States

117. If a geographic market needs to be defined in this case, it is the United States. Defendants produce and distribute NPK Fertilizers from locations across the country and have increased NPK Fertilizer prices nationwide.

## VI.    CLASS ALLEGATIONS

118. Plaintiff brings this action on behalf of itself and all others similarly situated pursuant to Rule 23 of the Federal Rules of Civil Procedure as representative of the following classes (each the "Class" or "Class members"), which are defined as follows.

(a)    **Nationwide Indirect-Purchaser Class.** All persons and entities who, at any time during the Class Period, purchased NPK Fertilizers indirectly from one or more Defendants, or from any division, subsidiary, predecessor, agent, or affiliate of such Defendants.

(b)    **Kansas Indirect-Purchaser Class**. All persons and entities who, at any time during the Class Period, purchased in the State of Kansas NPK Fertilizers indirectly from one

or more Defendants, or from any division, subsidiary, predecessor, agent, or affiliate of such Defendants.

119.   Excluded from the Class are: (a) Defendants, Defendants' subsidiaries, parents, successors, predecessors, and any entity in which Defendants or their parent(s) have a controlling interest, and its current or former employees, officers, and directors; and (b) all judicial officers assigned to hear any aspect of this litigation and members of their families.

120.   This action has been brought and may be properly maintained on behalf of the Class proposed herein under Rule 23 of the Federal Rules of Civil Procedure.

121.   **Numerosity (Federal Rule of Civil Procedure 23(a)(1))**. The members of the Class are so numerous and dispersed that joinder of all Class members in a single action is impracticable. The Class at a minimum likely consists of thousands of Class members who have purchased NPK Fertilizers. The exact number and identity of Class members may be ascertained from Defendants or their authorized distributers' or retailers' records.

122.   **Commonality and Predominance (Federal Rule of Civil Procedure 23(a)(2) and (b)(3))**. There are questions of fact and law common to the Class that predominate over any questions affecting only individual members, including:

(a)   the definition of the relevant product market;

(b)   Defendants' market power within the relevant product market;

(c)   whether Defendants exchanged competitively sensitive information;

(d)   whether Defendants and their unnamed co-conspirators engaged in a combination or conspiracy to fix, raise, maintain, or stabilize prices for NPK Fertilizers;

(e)   whether Defendants and their unnamed co-conspirators engaged in a combination or conspiracy to fix, raise, maintain, or stabilize prices for Nitrogen Fertilizers;

- 37 -

(f)    whether Defendants and their unnamed co-conspirators engaged in a combination or conspiracy to fix, raise, maintain, or stabilize prices for Phosphorus Fertilizers;

(g)    whether Defendants and their unnamed co-conspirators engaged in a combination or conspiracy to fix, raise, maintain, or stabilize prices for Potash;

(h)    the duration of the conspiracies alleged herein and the acts performed by Defendants and their unnamed co-conspirators in furtherance of the conspiracies;

(i)    whether such conspiracies violated federal antitrust laws;

(j)    whether the conduct of Defendants and their unnamed co-conspirators, as alleged in this complaint, caused injury to Plaintiff and other Class members;

(k)    whether Defendants caused Plaintiff and the Class to suffer damages in the form of overcharges on NPK Fertilizers;

(l)    whether Defendants caused Plaintiff and the Class to suffer damages in the form of overcharges on Nitrogen Fertilizers;

(m)    whether Defendants caused Plaintiff and the Class to suffer damages in the form of overcharges on Phosphorus Fertilizers;

(n)    whether Defendants caused Plaintiff and the Class to suffer damages in the form of overcharges on Potash;

(o)    the appropriate class-wide measure of damages; and

(p)    the nature of appropriate injunctive relief to restore competition in NPK Fertilizer market, or in each of the nitrogen, phosphorus, or potash markets respectively.

123.    **Typicality (Federal Rule of Civil Procedure 23(a)(3))**. Plaintiff's claims are typical of those of the Class because Plaintiff, like every other Class member, was affected by Defendants' unlawful conduct in that they paid artificially inflated prices for NPK Fertilizers. Plaintiff's and the Class members' claims originate from the same conduct, practice, and procedure

- 38 -

on the part of Defendants. Plaintiff's claims are based on the same theories as the Class members, and Plaintiff suffered the same injuries as the Class members.

124.    **Adequacy of Representation (Federal Rule of Civil Procedure 23(a)(4))**. Plaintiff will fairly and adequately represent and protect the interests of Class in that it has no disabling or disqualifying conflicts of interest that would be antagonistic to those of the other members of the Class. Plaintiff will vigorously pursue the claims of the Class members. Plaintiff has retained counsel experienced in antitrust class action litigation, and Plaintiff intends to prosecute this action vigorously.

125.    **Superiority of Class Action (Federal Rule of Civil Procedure 23(b)(3))**. A class action is superior to other available methods for the fair and efficient adjudication of this controversy, as the pursuit of numerous individual lawsuits would not be economically feasible for individual Class members, and certification as a class action will preserve judicial resources by allowing the Class' common issues to be adjudicated in a single forum, avoiding the need for duplicative hearings and discovery in individual actions that are based on the same essential facts, proof, and legal theories. In addition, without a class action, it is likely that many members of the Class will remain unaware of the claims they may possess.

126.    A class action is superior to all other available methods for the fair and efficient adjudication of this matter in that, among other things, it will permit many similarly situated people to prosecute their common claims in a single forum simultaneously, efficiently, and without the unnecessary duplication of effort and expense that numerous individual actions would create.

127.    Plaintiff is unaware of any difficulty to be encountered in the management and maintenance of this action as a class action under Rule 23.

128.    **Injunctive Relief (Federal Rule of Civil Procedure 23(b)(2))**. Defendants have acted or refused to act on grounds generally applicable to Plaintiff and to all Class members, thereby making appropriate identical injunctive relief with respect to the Class as a whole.

## VII.    TOLLING OF THE STATUTE OF LIMITATIONS

129.    Due to Defendants' fraudulent concealment of their wrongful actions, the statute of limitations has been paused and suspended as to any claims and rights of action that Plaintiff has stemming from Defendants' unlawful conspiracy as described in this complaint.

130.    Additionally, a continuing violation resets the statute of limitations period each time Defendants commit an overt act. Throughout the Class Period, Defendants continually sold NPK Fertilizers at fixed prices as a result of their ongoing price-fixing and industry data-exchange agreements.

131.    These acts were not simply reaffirmations of past conduct but new, overt, independent actions that perpetuated Defendants' agreement and ensured it adapted to market conditions. By continuously updating and refining their agreement to align with market trends, Defendants caused new and accumulative harm to Plaintiff and the Class members.

132.    In a price-fixing conspiracy, each inflated sale resets the statute of limitations period, regardless of Plaintiff's prior knowledge of the illegality. Therefore, each illegally priced sale of NPK Fertilizer by a Defendant qualifies as a new cause of action for statute of limitations purposes.

## VIII.   CAUSES OF ACTION

### COUNT I

**Price-Fixing in Violation of Section 1 of the Sherman Act**
**15 U.S.C. §1**
**(On behalf of the Nationwide Indirect-Purchaser Class for Injunctive Relief**
**Against All Defendants)**

133.    Plaintiff repeats and realleges the allegations in paragraphs 1 through 132 as if fully set forth herein.

134.    Though further investigation may reveal an earlier date, beginning in or around January 1, 2021, and continuing into the present, Defendants and their co-conspirators entered into and engaged in a contract, combination, or conspiracy to unreasonably restrain trade in violation of Section 1 of the Sherman Act, 15 U.S.C. §1.

135.    The contract, combination, or conspiracy consisted of an agreement among Defendants and their co-conspirators to fix, raise, stabilize, or maintain at artificially high levels the price of NPK Fertilizer and involved the exchange of competitively sensitive information between and among Defendants, causing anticompetitive effects without sufficient procompetitive justifications.

136.    These restraints affect the relevant markets: (a) NPK Fertilizers; (b) alternative submarkets including, but not limited to, Nitrogen Fertilizers, Phosphorus Fertilizers, and Potash; and (c) the United States.

137.    As a direct and proximate result, Plaintiff and members of the Class have suffered antitrust injury, and damages to their business or property, including by paying overcharges of and supracompetitive prices for NPK Fertilizer and loss of competitive benefits, and will continue to be injured absent injunctive relief.

138.    Defendants' anticompetitive conduct had the following effects, among others:

- competition among Defendants has been restrained or eliminated with respect to NPK Fertilizer prices;

- the prices of NPK Fertilizer have been fixed, stabilized, or maintained at artificially high levels; and

- Plaintiff and members of the Class have been deprived of the benefits of free and open competition between and among Defendants.

139.    Defendants' conduct lacks legitimate procompetitive justifications and affects as substantial volume of interstate commerce, as NPK Fertilizer is marketed and sold nationwide. As such, Defendants' conduct is unlawful under the per se standard, as well as under the "quick look" and rule-of-reason analyses. Moreover, even if there were valid procompetitive justifications, such justifications could have been achieved through reasonable, less restrictive competitive endeavors.

140.    Pursuant to the Clayton Act, 15 U.S.C. §§15 and 26, on behalf of members of the Indirect Purchaser Class, Plaintiff is entitled to and seeks injunctive relief to enjoin Defendants' ongoing violations, and attorneys' fees and costs against Defendants.

## COUNT II

### Violation of Kansas Restraint of Trade Act
### Kan. Stat. Ann. §50-101, *et seq*.
### (On Behalf of the Kansas Indirect-Purchaser Class Against All Defendants)

141.    Plaintiff repeats and realleges the allegations in paragraphs 1 through 132 as if fully set forth herein.

142.    The Kansas Restraint of Trade Act makes "all arrangements, contracts, agreements, trusts, or combinations between persons made with a view or which tend to prevent full and free competition in the importation, transportation or sale of articles imported into this state, or in the product, manufacture or sale of articles of domestic growth or product of domestic raw material, . . . and all arrangements, contracts agreements, trusts or combination between persons, designed or which tend to advance, reduce or control the price or the cost to the producer or to the consumer

of any such articles, . . . ae hereby declared to be against public policy [, and] unlawful[.]" Kan. Stat. Ann. §50-112.

143.    Plaintiff and all Kansas Indirect-Purchaser Class members purchased Defendants' NPK Fertilizer within Kansas during the Class Period. The NPK Fertilizers were either imported into Kansas or manufactured from agricultural products or raw materials domestic to Kansas. But for Defendants' conduct set forth, the price of Defendants' NPK Fertilizer would have been lower, in an amount to be determined at trial.

144.    The Kansas Restraint of Trade Act explicitly grants indirect purchasers standing to sue. Kan. Stat. Ann. §50-161(b). Based on the allegations in the complaint, Plaintiff and Kansas Indirect-Purchaser Class members have standing to bring a Kansas Restraint of Trade Act claim against Defendants.

145.    Because Plaintiff has brought this action in the district court of the county where it resides, or in the district court of the county where certain Defendants' principal places of business lie, Plaintiff is permitted to recover treble damages. Kan. Stat. Ann. §50-161(b).

146.    Plaintiff and Kansas Indirect-Purchaser Class members were injured with respect to purchases of NPK Fertilizer in Kansas and are entitled to all forms of relief, including actual damages, treble damages, reasonable attorneys' fees and costs, and injunctive relief. Kan. Stat. Ann. §50-161(c).

## COUNT III

**Violations of All Other *Illinois Brick* Repealer State Antitrust Statutes
(On behalf of All State-Specific Indirect-Purchaser Subclasses)
Against All Defendants**

147.    Plaintiff repeats and realleges the allegations in paragraphs 1 through 132 as if fully set forth herein.

- 43 -

148.    By engaging in the foregoing conduct, Defendants violated the following states'
antitrust laws:

- Alabama under Ala. Code §6-5-60, *et seq.*;

- Arizona under Ariz. Rev. Stat. Ann. §44-1401, *et seq.*;

- California under Cal. Bus. & Prof. Code §16750, *et seq.*;

- Colorado under Colo. Rev. Stat. Ann. §6-4-101, *et seq.*;

- District of Columbia under D.C. Code Ann. §28-4501, *et seq.*;

- Florida under Fla. Stat. §542.15, *et seq.*;

- Hawaii under Haw. Rev. Stat. Ann. §480-1, *et seq.*;

- Illinois under 740 Ill. Comp. Stat. Ann. 10/3(1), *et seq.*;

- Iowa under Iowa Code Ann. §553.1, *et seq.*;

- Maine under Me. Stat. tit. 10 §1101, *et seq.*;

- Michigan under Mich. Comp. Laws Ann. §445.771, et seq.;

- Minnesota under Minn. Stat. Ann. §325D.49, *et seq.*;

- Mississippi under Miss. Code. Ann. §75-21-1, *et seq.*;

- Nebraska under Neb. Rev. Stat. Ann. §59-801, *et seq.*;

- Nevada under Nev. Rev. Stat. §598A.010, *et seq.*;

- New Mexico under N.M. Stat. Ann. §57-1-1*, et seq.*;

- New York under N.Y. Gen. Bus. Law §340, *et seq.*;

- North Carolina under N.C. Gen. Stat. Ann. §75-1*, et seq.*;

- North Dakota under N.D. Cent. Code Ann. §51-08.1-01, *et seq.*;

- Oregon under Or. Rev. Stat. Ann. §646.705, *et seq.*;

- South Dakota under S.D. Codified Laws §37-1-3.1, *et seq.*;

- Tennessee under Tenn. Code Ann. §47-25-101, *et seq.*;

- Vermont under Vt. Stat. Ann tit. 9, §2451, *et seq.*;

- West Virginia under W. Va. Code Ann. §47-18-1, *et seq.*; and

- Wisconsin under Wis. Stat. Ann. §133.01, *et seq.*

## IX.    REQUEST FOR RELIEF

WHEREFORE, Plaintiff prays that the Court grant judgment on Plaintiff's behalf and on behalf of the Classes herein against Defendants, as follows:

1.    That this action be certified as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(2); that Plaintiff be appointed as Class Representative; and that Plaintiff's counsel be appointed as Class Counsel to represent the proposed Class.

2.    Plaintiff and the members of the Kansas Indirect Purchaser Class recover damages, to the maximum extent allowed under such laws, and that a judgment in favor of Plaintiff and the Class members be entered against Defendants in an amount to be trebled to the extent such laws permit.

3.    On behalf of Plaintiff and the Nationwide and Kansas Indirect Purchaser Classes, a permanent injunction that Defendants, their affiliates, successors, transferees, assignees and other officers, directors, partners, agents and employees thereof, and all other persons acting or claiming to act on their behalf or in concert with them, be permanently enjoined and restrained from, in any manner, continuing, maintaining, or renewing the conduct alleged herein, or from entering into any other contract or engaging in any other conduct having a similar purpose or effect, and from adopting or following any practice, plan, program, or device having a similar purpose or effect.

4.    Plaintiff and Kansas Indirect Purchaser Class members be awarded pre- and post-judgment interest as provided by law, and that such interest be awarded at the highest legal rate from and after the date of service of this complaint.

5.    Plaintiff and all Class members recover their costs of suit, including reasonable attorneys' fees and costs, as provided by law.

6.     Plaintiff and all Class members be awarded such other and further relief as the case may require and the Court may deem just and proper.

## X.     JURY TRIAL DEMAND

Plaintiff hereby demands a jury trial on all claims so triable.

DATED:  March 26, 2026

SHARP LAW, LLP
REX A. SHARP, KS #12350
ISAAC L. DIEL, KS #14376
HAMMONS P. HEPNER, KS #29138


/s/ Rex A. Sharp
Rex A. Sharp
4820 West 75th Street
Prairie Village, KS  66208
Telephone:  913/901-0505
913/261-7564 (fax)
rsharp@midwest-law.com
idiel@midwest-law.com
hhepner@midwest-law.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
STUART A. DAVIDSON*
MARK J. DEARMAN*
ANNY MARIE MARTIN*
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com
amartin@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ALEXANDRA S. BERNAY*
ARTHUR L. SHINGLER III*
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
xanb@rgrdlaw.com
ashingler@rgrdlaw.com

- 46 -

- 47 -

WITES & ROGERS ATTORNEYS AT LAW
MARC A. WITES*
THOMAS ROGERS*
4400 North Federal Highway
Lighthouse Point, FL  33064
Telephone:  561/567-9947
mwites@whiteslaw.com
trogers@whiteslaw.com

Attorneys for Plaintiff and the Class

* *Pro hac vice* forthcoming